UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DARRYL V. CONQUEST,

    Plaintiff,

v.

GREG HAYMAN, et al.,

    Defendants.

CIVIL ACTION NO. 07-2125 (MLC)

**O R D E R**

**DEFENDANTS** Greg Hayman, Michelle R. Ricci, Donald Mee, Alfred Kandell, Captain Ortiz, and Lieutenant Jones previously moving to dismiss the complaint (dkt. entry no. 16); and defendant Dena Farber separately moving to dismiss the complaint (dkt. entry no. 23); and the Court now reviewing, sua sponte, (1) the order, entered April 18, 2008, denying the separate motions to dismiss ("Order"), and (2) the underlying memorandum opinion ("Opinion"), entered April 18, 2008 (dkt. entry nos. 25-26); and the Court exercising discretion to amend the Opinion, and the references to the Opinion found in the Order; and thus for good cause appearing:

**IT IS THEREFORE** on this     30th     day of June, 2008 **ORDERED** that the memorandum opinion, entered herein on April 18, 2008 (dkt. entry no. 25) is **VACATED**; and

**IT IS FURTHER ORDERED** that the order, entered herein on April 18, 2008 (dkt. entry no. 26) is **VACATED**; and

**IT IS FURTHER ORDERED** that an amended memorandum opinion and an amended order will be issued.

                                          s/ Mary L. Cooper  
                                          **MARY L. COOPER**  
                                          United States District Judge