```
                      UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| DARRYL V. CONQUEST, | : | **ORDER & JUDGMENT** |
| Plaintiff, | : | Civil Action No. 07-2125 (MLC) |
| v. | : |  |
| GEORGE HAYMAN, et al., | : |  |
| Defendants. | : |  |
| WILLIAM STOVALL, | : |  |
| Plaintiff, | : | Civil Action No. 07-3062 (MLC) |
| v. | : |  |
| GEORGE HAYMAN, et al., | : |  |
| Defendants. | : |  |
| MAJOR G. TILLERY, | : |  |
| Plaintiff, | : | Civil Action No. 07-2662 (MLC) |
| v. | : |  |
| GEORGE HAYMAN, et al., | : |  |
| Defendants. | : |  |

For the reasons expressed in the Court's Memorandum Opinion, dated March 31, 2011, **IT IS** on this   31st    ay of March, 2011,

**ORDERED** that the defendants' motion for summary judgment pursuant to Fed.R.Civ.P. 56 (Docket Entry No. 120) is **GRANTED**; and it is further

**ORDERED** that the motions by the plaintiff William Stovall to dismiss defendants' motion for summary judgment (Docket entry nos. 140 and 142) are **DENIED;** and it is further

**ADJUDGED** that **JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANTS AND AGAINST THE PLAINTIFFS ON ALL CLAIMS ASSERTED BY THE PLAINTIFFS;** and it is further

**ORDERED** that the Clerk of the Court designate all of these actions as **CLOSED.**

    s/Mary L. Cooper
**MARY L. COOPER**
United States District Judge